NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PATRICK PAPACH,                         )
a/k/a PATRICK F. PAPACH,                 )
                                        )
           Appellant,                   )
                                        )
v.                                      )      Case No. 2D17-3733
                                        )
STATE OF FLORIDA,                       )
                                        )
           Appellee.                    )
_____ )

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone, Judge.


PER CURIAM.


           Affirmed.


SILBERMAN, VILLANTI, and BADALAMENTI, JJ., Concur.